IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUNDAY SATTERWHITE,

    Defendant.

Case No. 3:12cr057

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH A REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW UPON CERTAIN STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On May 30, 2013, the Defendant, having previously been found in violation of her supervised release which began April 20, 2011, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid May 30, 2013, this Court found the Defendant in violation of her supervised release which began April 20, 2011, revoked same and remanded the Defendant to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served (86 days), with a three period of supervised release (minus the aforesaid 86 days served on revocation) to follow. As conditions of said reimposed period of supervised release, the Defendant is to comply with all previously undischarged conditions of supervision, and to completely comply with each of the nine factors of the attached Supervision Plan.

Following the above, the Defendant was orally explained her right of appeal, and she indicated an understanding of same.

The captioned supervised release violation proceeding is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 24, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

RE: SATTERWHITE, Sunday
Case # 3:12CR00057

## SUPERVISION PLAN

1. Reside with her daughter until securing her own residence. To work with and comply with any programming through Eastway to secure her own residence.

2. Work toward building a support system that supports sobriety, including sponsorship and working on the 12-step program.

3. Attend Reentry Programming recommended by the probation officer, or offered through the Montgomery County Office of Ex-Offender Reentry, to assist with becoming a productive member of society.

4. Seek full-time employment weekly, to include attendance at any recommended programming by the probation officer, through the Montgomery County Office of Ex-Offender Reentry Office.

5. Make a better effort to utilize the support of fellow reentry group members.

6. Comply with any mental health and substance abuse counseling as directed by the probation officer, including but not limited to Eastway and Nova House.

7. Comply with any programming recommended by the probation officer, Eastway or Nova House, to assist with any personal traumatic events that have occurred in her life.

8. Report to the probation officer on a weekly basis and submit weekly urine samples without dilution, until the probation officer changes the frequency of reporting.

9. Practice good decision making, which supports the elimination of negative people, places and things that have resulted in prior negative consequences.

_____  
Sunday Satterwhite, Defendant    Date

_____ 5-30-13  
Arthur Mullins, Esq.    Date

_____ 5-30-2013  
Kristin A. Keyer    Date  
U.S. Probation Officer

3